146 P.3d 631

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

**November 16, 2006**

| 27592 | State v. Taylor | Affirmed |
|-------|-----------------|----------|

**November 21, 2006**

| 26335 | State v. Torres | Affirmed |
|-------|-----------------|----------|

**November 28, 2006**

| 27342 | Freitas v. State | Affirmed |
|-------|------------------|----------|
| 26939 | State v. Espaniola | Affirmed |

**November 29, 2006**

| 26486 | State v. Schmidt | Affirmed |
|-------|------------------|----------|

**November 30, 2006**

| 27474 | State v. Birano | Affirmed |
|-------|-----------------|----------|
| 27140, 27241 | State v. Ibana | Affirmed |
| 27215 | State v. Neal-Anderson | Affirmed |
| 27294 | State v. Plichta | Affirmed |